THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. ____8:22-cv-1746____

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

     Plaintiff,

v.

PALM GARDEN OF VERO BEACH, LLC,

     Defendant.

_____

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendant Palm Garden of Vero Beach, LLC ("Defendant"), and alleges as follows:

## THE PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2. Defendant is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located at 2033 Main Street, Suite 300, Sarasota, FL 34237. Defendant's agent for service of process is: Cross Street Corporate Services, LLC, 200 South Orange Avenue, Sarasota, FL 34236.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant it has maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over it would not

offend traditional notions of fair play and substantial justice.

5.　　Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district.  "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."  <u>Palmer v. Braun</u>, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'"  <u>McGregor v. In Tune Music Grp.</u>, No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting <u>Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd.</u>, 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

### I.　　Plaintiff's Business and History

6.　　Plaintiff was created as a Florida corporation in June 2005.  Plaintiff's sole shareholder is Robert Stevens.

7.　　For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

8.　　Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

9.　　Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients.  He has been contracted by over

280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

10.    Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

11.    Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.  To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only.  Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

12.    Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "Photography by Robert Stevens" to the bottom left or right corner thereof.  Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

## II.    The Work at Issue in this Lawsuit

13.    In 2010, Plaintiff created a professional aerial photograph of the property located at 1220 S. Ocean Boulevard, Palm Beach, FL 33480 titled "1220 S Ocean Blvd aerial a 2010 AAP" (the "Work").

14.    Consistent with Plaintiff's general practices, the Work contains (in the bottom left

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

corner) Plaintiff's copyright management information as follows: "© AAP 2010 all rights reserved." A copy of the Work is exhibited below:



15.    The Work was registered by Plaintiff with the Register of Copyrights on July 15, 2015 and was assigned Registration No. VA 1-966-132. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

16.    Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

## III.   Defendant's Unlawful Activities

17.    A Place for Mom, Inc. d/b/a nursinghomes.com ("A Place for Mom") was founded to help families quickly navigate the maze of nursing homes and rehabilitation care options. It provides in-depth information on nursing homes, including information on care, Medicare

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

ratings, and what real families thought of their experience.

18.    A Place for Mom is paid by its participating nursing home communities if a family member moves into a senior living community or signs up with a home care provider.

19.     Defendant is a skilled nursing facility located in Vero Beach.  It is the largest in the area, consisting of three separate units including a memory care unit.

20.    Defendant   advertises/markets   its   business   primarily   through   its   website (https://palmgardenofverobeach.com/),                 social                 media                 (e.g., https://www.facebook.com/PGofVeroBeach/), and other forms of advertising

21.    On a date after Plaintiff's above-referenced copyright registration of the Work, Defendant    published    the    Work    on    A    Place    for    Mom's    website    (at https://www.nursinghomes.com/fl/vero-beach/palm-garden-of-vero-beach/) in connection with a listing advertising the services of Palm Garden:











22.    Upon information and belief, A Place for Mom did not itself participate in the

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

publication of the Work on its website and was not paid by Defendant in connection with such listing.

23.     In publishing the Work online, Defendant left Plaintiff's copyright management information intact, unequivocally showing the photograph on A Place for Mom's website to be the same as the Work.  A true and correct copy of screenshots of A Place for Mom's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

24.     Defendant is not and has never been licensed to use or display the Work.  Defendant never contacted Plaintiff to seek permission to use the Work in connection with the aforementioned website or for any other purpose – even though the Work that was copied clearly displayed Plaintiff's copyright management information and put Defendant on notice that the Work was not intended for public use.

25.     Defendant utilized the Work for commercial use – namely, in connection with its marketing and advertising of skilled nursing home services.

26.     Upon information and belief, Defendant located a copy of the Work on the internet (with the copyright management information still intact) and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

27.     Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendant's unauthorized use/display of the Work in April 2022.  Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use.  To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of its Work.

28.     All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

29.     Plaintiff re-alleges and incorporates paragraphs 1 through 28 as set forth above.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

30.    The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

31.    Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

32.    As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to its own reproduction, distribution, and public display of the Work on A Place for Mom's website.

33.    Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

34.    By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes.

35.    Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.  Defendant itself utilizes a copyright disclaimer on its website ("© 2022 YoloCare. All Rights Reserved"), indicating that Defendant understands the importance of copyright protection and intellectual property. Defendant clearly understands that high-end photography – especially that containing copyright management information such as the Work – is generally paid for and cannot simply be copied from the internet.

36.    Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

37.     Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

38.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

39.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct.

40.     Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a.  A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

or continuing to display, transfer, advertise, reproduce, or otherwise market any works

derived or copied from the Work or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

**<u>Demand For Jury Trial</u>**

Plaintiff demands a trial by jury on all issued so triable.

Dated: August 3, 2022.


COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
     Daniel DeSouza, Esq.
     Florida Bar No.:  19291
     James D'Loughy, Esq.
     Florida Bar No.: 0052700

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-966-132

**Effective Date of Registration:**
July 15, 2015

## Title _____

**Title of Work:** Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos

**Content Title:** West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;

Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 14, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| | 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | July 15, 2015 |

**Copyright Office notes:**   Basis for Registration: Registered as an unpublished collection.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-966-132**

**Effective Date of Registration:**
July 15, 2015

## Title

**Title of Work:**  Group Registration Photos, Selected 2010 Photographs Including Ballaria, Birthday Cake House, Jupiter Lighthouse, Mirasol and Others, published Jan. 14, 2010 to Dec. 14, 2010; 53 photos



**Content Title:**  West Palm Beach skyline B 2010 AAP, Jan. 14, 2010; West Palm Beach skyline A
2010 AAP, Jan. 19, 2010; Bethesda Breakers aerial 2011 AAP, Jan. 14, 2010; Biltmore sunset A 2010 AAP, Feb. 20, 2010; Trianon at Sunset E 2010 AAP, Feb. 23, 2010; Trianon Building aerial A 2010 AAP, Feb. 23, 2010; Palm Beach Sunset X 2010 AAP, Feb. 25, 2010; Phillips Point at Sunset A 2010 AAP, Feb. 25, 2010; Night on Clamatis A 2010 AAP, Feb. 25, 2010; Trianon Building aerial D 2010 AAP, Feb. 26, 2010; Palm Beach County Convention Center A 2010 AAP, Mar. 10, 2010; WPB Convention Center at night 2010 AAP, Mar. 23, 2010; Biltmore and Boats C 2010 AAP, Mar. 26, 2010; Palm Harbour West Palm night walk 2010 AAP, Mar. 26, 2010; Biltmore and Boats D 2010 AAP, Mar. 26, 2010; Jupiter Lighthouse aerial d 2010 AAP, Apr. 2, 2010; Jupiter Lighthouse aerial c 2010 AAP, Apr. 2, 2010; 1220 S Ocean Blvd aerial a 2010 AAP, May 20, 2010; Mar a Lago aerial a 2010 AAP, May 21, 2010; Mar a Lago aerial B
2010 AAP, May 21, 2010; Ballenisles Tennis aerial 2010 AAP, May 27, 2010;

Frenchmans Creek golf aerial 2010 AAP, May 27, 2010; Marina Grande aerial B 2010 AAP, Jun. 6, 2010; Breakers Hotel night 2010 AAP, Jun. 25, 2010; Isamu Noguchi Four Arts A 2010 AAP, Jun. 28, 2010; Trump Plaza Four Arts 2010 AAP, Jul. 1, 2010; Boca Raton Mizner Grand aerial 2010 AAP, Jul. 2, 2010; Mirasol Fountain A 2010 AAP, Jul. 7, 2010; Mirasol Clubhouse aeril A 2010 AAP, Jul. 9, 2010; One Singer Island aerial A 2010 AAP, Jul. 9, 2010; One Singer Island aerial B 2010 AAP, Jul. 9, 2010; Ballaria aerial B 2010 AAP, Jul. 9, 2010; Bellaria aerial A 2010 AAP, Jul. 10, 2010; One Singer Island aerial C 2010 AAP, Jul. 10, 2010; West Palm Beach skyline D 2010 AAP, Jul. 13, 2010; Esplanade Grande A 2010 AAP, Jul. 21, 2010; Night Fishing in Palm Beach 2010 AAP, Jul. 23, 2010; Dune Towers aerial  A 2010 AAP, Jul. 24, 2010; 700 Ocean Drive Juno aerial 2010 AAP, Jul. 24, 2010; Carlyle Jupiter aerial a 2010 AAP, Jul. 24, 2010; Equestrian A 2010 AAP, Aug. 6, 2010; Jupiter Lighthouse with Boat a 2010 AAP, Aug. 27, 2010; Jupiter Lighthouse with Boat b text 2010 AAP, Aug. 27, 2010; Birthday Cake House aerial a 2010 AAP, Oct. 9, 2010; Birthday Cake House aerial b 2010 AAP, Oct. 9, 2010; Oasis Singer Island sign 2010 AAP, Oct. 26, 2010; Worth Ave A 2010 AAP, Nov. 14, 2010; Colony Hotel Delray Beach 2010 AAP, Nov. 21, 2010; Worth Ave night X 2010 AAP, Nov. 21, 2010; Mizner Fountain A 2010 AAP, Nov. 28, 2010; Jupiter Island golf aerial 2010 AAP, Dec. 5, 2010; Old Palm Clubhouse aerial a 2010 AAP, Dec. 11, 2010; Old Palm golfer at sunset 2010 AAP, Dec. 14, 2010;

Page 1 of 2

EXHIBIT "B"

Page 1
Palm Garden of Vero Beach - ...
https://www.nursinghomes.com/fl/vero-beach/palm-garden-of-vero-beach/



## Palm Garden of Vero Beach

Home   Resources ˅   About Us ˅   Blog

👍 Like 0



Home > Florida > Vero Beach > Palm Garden of Vero Beach

**1755 37th Street**
Vero Beach, FL 32960

📞 Call NursingHomes.com
**(877) 252-4469**

### About Palm Garden of Vero Beach

Selecting the right skilled nursing facility can be critical to your speedy recovery. Palm Garden of Vero Beach located in Vero Beach, FL, in Indian River County, offers a variety of therapies and care services to help you regain your independence.

Skilled nurses, therapists and licensed care professionals are available to guide you through your personalized therapy. Whether you're recovering after a hospital visit or in need of on-going medical support, Palm Garden of Vero Beach will help you achieve your personal goals.

Call your local advisor in Vero Beach, FL and make an appointment to view Palm Garden of Vero Beach.

Palm Garden of Vero Beach
1755 37th Street, Vero Beach, FL, 32960

**Claim Your Listing**     **Request Info**



### ℹ️ Medicare Ratings

| | |
| --- | --- |
| Overall Rating: 1/5 | |
| Quality Rating: 3/5 | ⭐ |
| Nurse Rating: 2/5 | |
| Staff Rating: 3/5 | |
| Survey Rating: 1/5 | |

### ▦ Medicare: By The Numbers

| Issue | Number |
| --- | --- |
| Substantiated Complaints | 12 |
| Facility Related Incidents | 0 |
| Number of Fines | 1 |
| Total Fine Amount | $5,850 |
| Total Number of Penalties | 1 |

### 🏠 Nearby Skilled Nursing Facilities

If Palm Garden of Vero Beach isn't quite what you're looking for, take a look at a few other nearby facilities that might be a better match.



**Atlantic Healthcare Center**

1411 13th Ave, Vero Beach, FL, 32960
0.15 miles away



**Consulate Health Care of Vero B...**

1750 37th St, Vero Beach, FL, 32960
0.21 miles away

**Florida Baptist Retirement Center**

1006 31st St, Vero Beach, FL, 32960
0.77 miles away

### 🏙 Nearby Cities

| City | Distance | Number of Facilities |
| --- | --- | --- |
| Vero Beach | 0 miles | 6 |
| Sebastian | 10 miles | 1 |
| Fort Pierce | 15 miles | 3 |
| Port Saint Lucie | 22 miles | 6 |
| Palm Bay | 28 miles | 3 |
| Melbourne | 32 miles | 6 |

About Us | Privacy Policy | Terms of Use | All Cities | All Properties | Contact Us at A Place For Mom

Do Not Sell My Personal Information

We are paid by our participating communities, therefore our service is offered at no charge to families.

© 2022 A Place for Mom, Inc. All Rights Reserved. NursingHomes.com is a website of A Place for Mom, Inc.

**Closest options**
Nursing homes in Vero Beach
Nursing homes in Vero Beach
Nursing homes in Vero Beach

**Most nearby options**
Nursing homes in Melbourne
Nursing homes in Port Saint Lucie
Nursing homes in Stuart

**Most options in the state**
Nursing homes in Jacksonville
Nursing homes in Miami
Nursing homes in Saint Petersburg

Captured by FireShot Pro: 17 April 2022, 20:32:56
https://getfireshot.com/